# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 15, 2017

SEAN F. McAVOY, CLERK

U.S.A. vs.          McRoberts, Randall Duncan                    Docket No.          0980 2:17CR00049-JLQ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose M. Vargas, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Randall Duncan McRoberts, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29th day of March 2017, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. McRoberts allegedly committed an offense in violation of federal law on or about June 8, 2017, by making a false statement on a Firearms Transaction Record (ATF Form 4473).

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          June 15, 2017

by          s/Jose Vargas

Jose Vargas
U.S. Pretrial Services Officer

## THE COURT ORDERS

[ ]     No Action
[ X ]   The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*M. K. Dimke*

Signature of Judicial Officer

6/15/2017

Date